**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUILLERMO SANCHEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HÖEGH LNG PARTNERS LP, SVEINUNG J. S. STØHLE, HÅVARD FURU, AND STEFFEN FØREID, <br><br> Defendants. | No.: 2:21-cv-19374-KM-JBC <br><br> **NOTICE OF ERRATA AND CORRECTION REGARDING PRINCIPIA LIMITED'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS** <br><br> <u>CLASS ACTION</u> <br><br> **Motion Date: February 7, 2022** |

[Additional caption on next page]

1

| | |
|---|---|
| ARTHUR F. ROIZMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>HÖEGH LNG PARTNERS LP, SVEINUNG J. S. STØHLE, HÅVARD FURU, and STEFFEN FØREID,<br><br>        Defendants. | No.: 2:21-cv-19613-KM-JBC<br><br>CLASS ACTION |

2

Movant Principia Limited respectfully files this Notice of Errata in regard to its Memorandum of Law in Opposition to Competing Lead Plaintiff Motions (the "Brief in Opposition"). Dkt. No. 25.

Due to a clerical error an unedited version of the Brief in Opposition was filed.

A fully edited version of the Brief in Opposition with no substantive changes is attached hereto as Exhibit A.


Dated: January 25, 2022                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           /s/ Laurence M. Rosen
                                           Laurence M. Rosen, Esq.
                                           One Gateway Center, Suite 2600
                                           Newark, NJ 07102
                                           Telephone: (973) 313-1887
                                           Fax: (973) 833-0399
                                           lrosen@rosenlegal.com

                                           *[Proposed] Lead Counsel for Lead Plaintiff
                                           and Class*


3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Laurence M. Rosen</u>