UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HÖEGH LNG PARTNERS LP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 2:21-cv-19374-KM-JBC<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs Yen-Hsun Huang and Scott Miller, through their counsel, hereby voluntarily dismiss this action against all defendants as to all claims. No Defendant has either answered the complaint or filed a motion for summary judgment. The parties agree that each shall bear his, her, or its own fees and costs.

Dated: May 16, 2022

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael J. Wernke
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com

and

1

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 5/17/2022**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2022, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
